**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JOSEPH RAY CHOWNING                                                                                  PLAINTIFF
ADC #89237

V.                                      NO: 4:11CV00759 JMM/HDY

BRUCE PENNINGTON *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. Plaintiff does not object to the Proposed Findings and Partial Recommended Dispositions. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a medical examination (docket entry #8) is DENIED.

DATED this 7th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE